FILED ORIGINAL
08 APR 17 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___

DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075 • Fax: (858) 547-0175

Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0709 BTM AJB<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**JOINDER IN REMOVAL OF ACTION**<br><br>Date Complaint Filed: 12/21/2007 |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that defendant Liberty Mutual Insurance Company ("LMIC") hereby joins in Peerless Insurance Company's Petition for Removal of the state court action described in said Petition for Removal.

1

**JOINDER IN NOTICE OF REMOVAL OF ACTION**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 17, 2008 | BERGER KAHN<br>A Law Corporation |
| 3 | | |
| 4 | | By: *[signature]*<br>DALE A. AMATO |
| 5 | | Attorneys for PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE |
| 6 | | COMPANY and GOLDEN EAGLE INSURANCE CORPORATION |

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

2
**JOINDER IN NOTICE OF REMOVAL OF ACTION**