FILED ORIGINAL

08 APR 17 PM 3: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____



1  DALE A. AMATO, ESQ. (SBN 137965)
   BERGER KAHN
2  A Law Corporation
   10085 Carroll Canyon Road, Suite 210
3  San Diego, CA 92131-1027
   Tel: (858) 547-0075 • Fax: (858) 547-0175
4
   Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL
5  FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE
   CORPORATION
6

7

8

9                    UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11                                      '08  CV 0709 BTM AJB

12  SHAW MORTGAGE              )
    CORPORATION dba           )   CASE NO.:
13  PATIOSOURCE & THE NATURAL )
    TOUCH, a California Corporation )   SDSC Case No. 37-2007-00084451-CU-BC-CTL
14                            )
              Plaintiffs,     )
15                            )   **DEMAND FOR JURY**
    v.                        )
16                            )
    PEERLESS INSURANCE        )   Date Complaint Filed: 12/21/2007
17  COMPANY, a New Hampshire  )
    Company; GOLDEN EAGLE     )
18  INSURANCE CORPORATION, a  )
    California Corporation; LIBERTY )
19  MUTUAL INSURANCE COMPANY, )
    a Massachusetts Company; and DOES )
20  1 – 20, inclusive,        )
                              )
21            Defendants.     )
    _____ )
22       TO THE COURT AND TO THE PLAINTIFF AND HER ATTORNEYS OF

23  RECORD HEREIN:

24       PLEASE TAKE NOTICE that the Defendant, Peerless Insurance Company

25  ("PEERLESS"),  hereby demands a trial by jury in this matter.

26

27

28

BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

                                   1

DATED: April 17, 2008

1

2

BERGER KAHN
A Law Corporation

By: _____
DALE A. AMATO
Attorneys for PEERLESS
INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE
COMPANY and GOLDEN EAGLE
INSURANCE CORPORATION

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BERGER KAHN**
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

2

**DEMAND FOR JURY**