**ORIGINAL**

FILED
08 APR 17 PM 3:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

1  DALE A. AMATO, ESQ. (SBN 137965)
2  BERGER KAHN
   A Law Corporation
3  10085 Carroll Canyon Road, Suite 210
   San Diego, CA 92131-1027
4  Tel: (858) 547-0075 • Fax: (858) 547-0175

5  Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL
   FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE
6  CORPORATION

'08 CV 0709 BTM AJB

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.:<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>Date Complaint Filed: 12/21/2007 |

TO THE COURT AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the undersigned, legal counsel of record for Defendant Peerless Insurance Company ("PEERLESS"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

1
**CERTIFICATE OF INTERESTED PARTIES**

1. PEERLESS was, at the time the FAC was filed, as still is, incorporated under the laws of the State of New Hampshire. PEERLESS' principal place of business is located in Keene, New Hampshire.

2. PEERLESS is informed and believes and thereon alleges that Golden Eagle Insurance Corporation ("GOLDEN EAGLE") was, at the time the complaint was filed, as still is, a citizen of the State of California for diversity purposes. GOLDEN EAGLE was incorporated in the State of California and its principal place of business is in San Diego, California. However, GOLDEN EAGLE was not a contracting party to the relevant insurance policy and thus, cannot be sued by the Plaintiff. Thus, PEERLESS has filed contemporaneously with this Petition for Removal, a Motion to Drop GOLDEN EAGLE from this action, pursuant to F.R.C.P. Rule 21. Therefore, for purposes of determining diversity of citizenship, GOLDEN EAGLE's presence in this action should be disregarded.

3. PEERLESS is informed and believes and thereon alleges Defendant Liberty Mutual Insurance Company ("LMIC") was, at the time the FAC was filed, as still is, incorporated under the laws of the New Hampshire. LMIC's principal place of business is located in Keene, New Hampshire. Furthermore, while LMIC is diverse to the Plaintiff, it is not a proper defendant as it did not issue the insurance policy at issue. Thus, LMIC will file a Motion to Dismiss. Furthermore, LMIC has filed a joinder in this Petition for Removal.

DATED: April 17, 2008

BERGER KAHN
A Law Corporation

By: _____
DALE A. AMATO
Attorneys for PEERLESS
INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE
COMPANY and GOLDEN EAGLE
INSURANCE CORPORATION