```
DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075 • Fax: (858) 547-0175

Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL
FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE
CORPORATION
```

ORIGINAL
08 APR 17 PM 3: 05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.:<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**NOTICE OF FINANCIAL DISCLOSURE**<br><br>Date Complaint Filed: 12/21/2007 |

TO THE COURT AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the undersigned, legal counsel of record for Defendant Peerless Insurance Company ("PEERLESS"), pursuant to Local Rule 40.2, files the following Notice of A Party with Financial Interest:

- The parent company of Peerless Insurance Company is LIM US P&C Corporation, a privately held company; and

1
**NOTICE OF FINANCIAL DISCLOSURE**

- No publicly held company holds ten percent (10%) or more of Peerless Insurance Company

DATED: April 17, 2008

BERGER KAHN
A Law Corporation

By: _____
DALE A. AMATO
Attorneys for PEERLESS
INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE
COMPANY and GOLDEN EAGLE
INSURANCE CORPORATION

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

---

2
**NOTICE OF FINANCIAL DISCLOSURE**