```
                                          FILED
1  DALE A. AMATO, ESQ. (SBN 137965)
   BERGER KAHN                            08 APR 17 PM 3:06
2  A Law Corporation
   10085 Carroll Canyon Road, Suite 210   CLERK, U.S. DISTRICT COURT
3  San Diego, CA 92131-1027               SOUTHERN DISTRICT OF CALIFORNIA
   Tel: (858) 547-0075 • Fax: (858) 547-0175
4                                         BY:
   Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL
5  FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE
   CORPORATION
6
                                                    ORIGINAL
7
8
                   UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
11                                         '08 CV 0709 BTM AJB
   SHAW MORTGAGE               )
12 CORPORATION dba             )   CASE NO.:
   PATIOSOURCE & THE NATURAL   )
13 TOUCH, a California Corporation )  SDSC Case No. 37-2007-00084451-CU-BC-CTL
                                )
14              Plaintiffs,     )
                                )   NOTICE OF RELATED CASES
15 v.                           )
                                )
16 PEERLESS INSURANCE           )   Date Complaint Filed: 12/21/2007
   COMPANY, a New Hampshire     )
17 Company; GOLDEN EAGLE        )
   INSURANCE CORPORATION, a     )
18 California Corporation; LIBERTY )
   MUTUAL INSURANCE COMPANY,    )
19 a Massachusetts Company; and DOES )
   1 – 20, inclusive,           )
20                              )
                Defendants.     )
21                              )
```

22      TO THE COURT AND TO THE PLAINTIFF AND HER ATTORNEYS OF

23  RECORD HEREIN:

24      PLEASE TAKE NOTICE that the undersigned, legal counsel of record for

25  Peerless Insurance Company ("PEERLESS") advises that it is not aware of any cases that

26  may qualify as a related case pursuant to CivLR 40.1e.

27

28

---
1
NOTICE OF RELATED CASES

DATED: April 17, 2008

BERGER KAHN
A Law Corporation

By: _____
DALE A. AMATO
Attorneys for PEERLESS
INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE
COMPANY and GOLDEN EAGLE
INSURANCE CORPORATION

BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027