1  DALE A. AMATO, ESQ. (SBN 137965)
   BERGER KAHN
2  A Law Corporation
   10085 Carroll Canyon Road, Suite 210
3  San Diego, CA 92131-1027
   Tel: (858) 547-0075 • Fax: (858) 547-0175
4
5  Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL
   FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE
6  CORPORATION

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0709 BTM AJB<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**NOTICE OF MOTION AND MOTION TO DROP GOLDEN EAGLE INSURANCE CORPORATION AS A SHAM DEFENDANT PURSUANT TO F.R.C.P. RULE 21; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DALE A. AMATO**<br><br>[Per Chambers, no oral argument unless requested by the Court.]<br><br>**DATE: 6-6-08**<br>**TIME: 11:00 a.m.**<br>**COURTROOM: 15**<br><br>Date Complaint Filed: 12/21/2007 |

25       TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

26       PLEASE TAKE NOTICE that on June 6, 2008, or as soon thereafter as the matter

27  may be heard at the above-captioned court, located at 880 Front Street, San Diego,

28

1
**NOTICE OF MOTION AND MOTION TO DROP GOLDEN EAGLE INSURANCE
CORPORATION AS A SHAM DEFENDANT**

1 California, 92101,  Defendant Peerless Insurance Company ("PEERLESS") will move
2 this court to drop improperly joined defendant Golden Eagle Insurance Corporation
3 ("GOLDEN EAGLE") from this lawsuit.  This motion is brought pursuant to Rule 21 of
4 the Federal Rules of Civil Procedure, and is made on the grounds that GOLDEN EAGLE
5 is a sham defendant, named only to defeat diversity jurisdiction as it was not the insuring
6 entity identified on the policy of insurance that is attached as an exhibit to the Plaintiff's
7 First Amended Complaint.
8     This Motion is based upon this Notice of Motion, the accompanying
9 Memorandum of Points and Authorities, the Declaration of Dale A. Amato and the entire
10 court file in this matter, and on such other argument and evidence that may be presented
11 at the hearing on this Motion.

13 DATED: April 18, 2008
    BERGER KAHN
    A Law Corporation

By:   S/Dale A. Amato
    DALE A. AMATO
    Attorneys for PEERLESS
    INSURANCE COMPANY, LIBERTY
    MUTUAL FIRE INSURANCE
    COMPANY and GOLDEN EAGLE
    INSURANCE CORPORATION
    E-mail: damato@bergerkahn.com

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027