Shaw Mortgage Corporation dba Patiosource & The Natural Touch v. Peerless Insurance Company; Golden Eagle Insurance Corporation, Liberty Mutual Insurance Company
37-2007-00084451-CU-BC-CTL

## CERTIFICATE OF PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: Berger Kahn, 10085 Carroll Canyon Road, Suite 210, San Diego, California 92131.

On <u>April 21, 2008</u>, I served the foregoing documents described as:

**NOTICE OF MOTION AND MOTION TO DROP GOLDEN EAGLE INSURANCE CORPORATION AS A SHAM DEFENDANT PURSUANT TO F.R.C.P. RULE 21; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DALE A. AMATO**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DROP GOLDEN EAGLE INSURANCE CORPORATION AS A SHAM DEFENDANT PURSUANT TO F.R.C.P. RULE 21**

**DECLARATION OF DALE A. AMATO IN SUPPORT OF MOTION TO DROP GOLDEN EAGLE INSURANCE CORPORATION AS A SHAM DEFENDANT**

on the interested parties in this action:

Vincent J. Bartolotta, Jr., Esq.
Karen R. Frostrom, Esq.
THORSNES BARTOLOTTA McGUIRE
2550 Fifth Ave., Eleventh Fl.
San Diego, CA 92103
Phone: 619-236-9363
Fax:     619-236-9653
*Attorney for Shaw Mortgage Corporation
dba Patiosource & The Natural Touch*

X **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

X (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on <u>April 21, 2008</u>, at San Diego, California.

                                       s/Tina Lemay
                                       TINA LEMAY

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

**PROOF OF SERVICE**