```
 1  DALE A. AMATO, ESQ. (SBN 137965)
    BERGER KAHN
 2  A Law Corporation
    10085 Carroll Canyon Road, Suite 210
 3  San Diego, CA  92131-1027
    Tel:  (858) 547-0075  •  Fax: (858) 547-0175
 4
 5  Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL
    FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE
 6  CORPORATION
 7
```

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.:  08 CV 0709 BTM AJB<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DALE A. AMATO**<br><br>**[Per Chambers, no oral argument unless requested by the Court.]**<br><br>**DATE:  6-6-08<br>TIME:  11:00 a.m.<br>COURTROOM: 15**<br><br>Date Complaint Filed:  12/21/2007 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on June 6, 2008, or as soon thereafter as the matter may be heard at the above-captioned court, located at 880 Front Street, San Diego, California, 92101, Defendant Liberty Mutual Insurance Company ("LMIC") will move

1

**NOTICE OF MOTION AND MOTION TO DISMISS**

this court to dismiss Plaintiff's First Amended Complaint against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the following grounds:

- The First Claim for Breach of Contract fails to state a claim upon which relief can be granted against LMIC;
- The Second Claim for Breach of the Implied Covenant of Good Faith and Fair Dealing fails to state a claim upon which relief can be granted against LMIC; and
- The Third Claim for Declaratory Relief fails to state a claim upon which relief can be granted against LMIC.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the entire court file in this matter, and on such other argument and evidence that may be presented at the hearing on this Motion.

DATED: April 18, 2008

BERGER KAHN
A Law Corporation

By:   S/Dale A. Amato
     DALE A. AMATO
     Attorneys for PEERLESS
     INSURANCE COMPANY, LIBERTY
     MUTUAL FIRE INSURANCE
     COMPANY and GOLDEN EAGLE
     INSURANCE CORPORATION
     E-mail: damato@bergerkahn.com