DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075 • Fax: (858) 547-0175

Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0709 BTM AJB<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**DECLARATION OF DALE A. AMATO IN SUPPORT OF MOTION TO DROP GOLDEN EAGLE INSURANCE CORPORATION AS A SHAM DEFENDANT**<br><br>[Per Chambers, no oral argument unless requested by the Court.]<br><br>**DATE: 6-6-08<br>TIME: 11:00 a.m.<br>COURTROOM: 15**<br><br>Date Complaint Filed: 12/21/2007 |

I, DALE A. AMATO, hereby declare as follows:

1. I am an attorney admitted to practice in this court, and I am a partner with the Berger Kahn law firm, legal counsel of record for Defendants Peerless Insurance Company, Golden Eagle Insurance Corporation and Liberty Mutual Insurance Company in the above-entitled matter. If called to testify in this matter, I could and would testify competently to the following facts, which are within my personal knowledge.


Case 3:08-cv-00709-BTM-AJB     Document 9-3     Filed 04/21/2008     Page 2 of 2

2.    On December 21, 2007, SMC filed its Complaint in the San Diego Superior Court.  On February 28, 2008, SMC filed its First Amended Complaint.  A true and correct copy of Shaw Mortgage Corporation's First Amended Complaint is attached as Exhibit "1" to this declaration.

3.    On April 16, 2008, PEERLESS answered the First Amended Complaint and on April 17, 2008, my office removed this action to the United States District Court for the Southern District of California, pursuant to 28 U.S.C. sections 1332 and 1441(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of April 2008, at San Diego, California.

s/Dale A. Amato
Declarant
E-mail: damato@bergerkahn.com

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

---

2
**DECLARATION OF DALE A. AMATO IN SUPPORT OF MOTION TO DROP GOLDEN EAGLE INSURANCE CORPORATION AS A SHAM DEFENDANT**