cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION, dba PATIOSOURCE AND THE NATURAL TOUCH, a California Corporation,<br><br>                    Plaintiff,<br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company,<br><br>                    Defendants. | Civil No.08cv0709 BTM (AJB)<br><br>ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE, SETTING CASE MANAGEMENT CONFERENCE |

Due to the pending Motion to Dismiss before Judge Moskowitz, the Court finds this case inappropriate for an Early Neutral Evaluation Conference. Accordingly, a Case Management Conference shall be held on *June 20, 2008* at *9:00 a.m.*, in the chambers of the *Honorable Anthony J. Battaglia*, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

///

///

///

1  Each responsible attorney of record and all parties representing themselves shall participate in the
2  conference. Represented parties need not participate. Counsel for plaintiff shall notify all parties of this
3  conference who have made an appearance after the date of this Order.

4  IT IS SO ORDERED.

6  DATED:  April 25, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court