```
VINCENT J. BARTOLOTTA, JR., ESQ.  SB# 055139
KAREN R. FROSTROM, ESQ.  SB# 207044
THORSNES BARTOLOTTA McGUIRE
2550 Fifth Avenue, Eleventh Floor
San Diego, CA 92103
Phone: (619) 236-9363    Fax: (619) 236-9653
```

Attorneys for Plaintiff SHAW MORTGAGE CORPORATION
dba PATIOSOURCE & THE NATURAL TOUCH

```
DALE A. AMATO, ESQ.  SB# 137965
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075  • Fax: (858) 547-0175
```

Attorneys for Defendants PEERLESS INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY and
GOLDEN EAGLE INSURANCE CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  08-CV-0709 BTM (AJB)<br><br>**PLAINTIFF SHAW MORTGAGE AND DEFENDANTS PEERLESS, GOLDEN EAGLE AND LIBERTY MUTUAL'S JOINT MOTION TO RESET CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: December 21, 2007 |

The parties, through their respective counsel, hereby stipulate and jointly move the Court as follows:

1. Both attorneys for plaintiff Shaw Mortgage Corporartion will be out of the city on the date currently set for the Case Management Conference in this matter, which is June 20, 2008 at 9:00 a.m.

- 1 -

1    2.    Counsel for the parties agree to continue the Case Management Conference to July 7, 2008 at 9:00 a.m., as stated in the proposed order filed concurrently herewith, or to such other date and time as the Court shall deem appropriate.

**PLEASE TAKE NOTICE** that the content of this document is acceptable to all persons required to sign this document and it has been agreed to by all parties required to sign this document that his or her electronic signature can be affixed to this document.

Dated: May 7, 2008                THORSNES BARTOLOTTA McGUIRE

                                  By:    s/Karen R. Frostrom
                                         Vincent J. Bartolotta, Jr.
                                         Karen R. Frostrom
                                         Attorneys for Plaintiff SHAW
                                         MORTGAGE CORPORATION dba
                                         PATIOSOURCE & THE NATURAL
                                         TOUCH

Dated: May 7, 2008                BERGER KAHN


                                  By:    s/Dale A. Amato
                                         Dale A. Amato
                                         Attorneys for Defendants PEERLESS
                                         INSURANCE, LIBERTY MUTUAL
                                         INSURANCE AND GOLDEN EAGLE
                                         INSURANCE

STIPULATED MOTION TO RESET CMC                                          444578.1