# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.  08-CV-0709 BTM (AJB)<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE [Doc. No. 11]** |

On May 7, 2008 Plaintiff Shaw Mortgage Corporation dba PatioSource and The Natural Touch and Defendants Peerless Insurance Company, Golden Eagle Insurance Company, and Liberty Mutual Insurance Company filed, through their counsel of record, their Joint Motion to Reset the Case Management Conference in this matter currently scheduled for June 20, 2008 at 9:00 a.m.  The matter having been considered and good cause appearing therefor, the Case Management Conference in this matter currently scheduled for June 20, 2008 at 9:00 a.m. is continued to ***July 7, 2008 at 9:00 a.m.***

**IT IS SO ORDERED.**

DATED:  May 9, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RESETTING CMC                                                                                08cv709.Shaw.Order reset CMC.wpd