VINCENT J. BARTOLOTTA, JR., ESQ.  SB# 055139
KAREN R. FROSTROM, ESQ.  SB# 207044
THORSNES BARTOLOTTA McGUIRE
2550 Fifth Avenue, Eleventh Floor
San Diego, CA 92103
Phone: (619) 236-9363    Fax: (619) 236-9653

Attorneys for Plaintiff SHAW MORTGAGE CORPORATION
dba PATIOSOURCE & THE NATURAL TOUCH


DALE A. AMATO, ESQ.  SB# 137965
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075 • Fax: (858) 547-0175

Attorneys for Defendants PEERLESS INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY and
GOLDEN EAGLE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  08-CV-0709 BTM (AJB)<br><br>**PLAINTIFF SHAW MORTGAGE AND DEFENDANTS PEERLESS, GOLDEN EAGLE AND LIBERTY MUTUAL'S JOINT MOTION TO CONTINUE HEARING**<br><br>Complaint filed: December 21, 2007 |

The parties, through their respective counsel, hereby stipulate and jointly move the Court as follows:

1. Counsel for the parties are investigating the need for defendants Liberty Mutual Insurance Company and Golden Eagle Insurance Corporation to be parties in this matter. Counsel for the defendants currently has pending before the Court two motions, one to dismiss Liberty

- 1 -

1 | Mutual as a defendant and one to drop Golden Eagle as a defendant. Both motions are scheduled
2 | for consideration on June 6, 2008 at 11:00 a.m.

3 |     2.    The parties agree that it would be economical of the Court's time and judicial
4 | resources to continue the date for consideration of the pending motions until June 27, 2008 at
5 | 11:00 a.m.

6 |     3.    Therefore, the parties jointly move the Court to continue the hearing currently set
7 | for June 6, 2008 at 11:00 a.m. to June 27, 2008 at 11:00 a.m.

8 | **PLEASE TAKE NOTICE** that the content of this document is acceptable to all persons
9 | required to sign this document and it has been agreed to by all parties required to sign this
10 | document that his or her electronic signature can be affixed to this document.

Dated: May 23, 2008    THORSNES BARTOLOTTA McGUIRE

By: _____s/Karen R. Frostrom_____
Vincent J. Bartolotta, Jr.
Karen R. Frostrom
Attorneys for Plaintiff SHAW
MORTGAGE CORPORATION dba
PATIOSOURCE & THE NATURAL
TOUCH

Dated: May 23, 2008    BERGER KAHN

By: _____s/Dale A. Amato_____
Dale A. Amato
Attorneys for Defendants PEERLESS
INSURANCE, LIBERTY MUTUAL
INSURANCE AND GOLDEN EAGLE
INSURANCE

- 2 -

STIPULATED MOTION TO CONTINUE HEARING    444936.1