UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  08-CV-0709 BTM (AJB)<br><br>**ORDER RESETTING HEARING**<br><br>Complaint filed: December 21, 2007 |

On May 23, 2008 Plaintiff Shaw Mortgage Corporation dba PatioSource and The Natural Touch and Defendants Peerless Insurance Company, Golden Eagle Insurance Company, and Liberty Mutual Insurance Company filed, through their counsel of record, their Joint Motion to Continue Hearing Date in this matter regarding the hearing currently scheduled for June 6, 2008 at 11:00 a.m.  The matter having been considered and GOOD CAUSE APPEARING THEREFOR,

**IT IS HEREBY ORDERED** that:

The hearing in this matter currently scheduled for June 6, 2008 at 11:00 a.m. is continued to **June 27, 2008 at 11:00 a.m.**  Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.

**IT IS SO ORDERED.**

DATED:  May 27, 2008

                                                                   *Barry Ted Moskowitz*
                                                                   Honorable Barry Ted Moskowitz
                                                                   United States District Judge

- 1 -