1  VINCENT J. BARTOLOTTA, JR., ESQ. SB# 055139
   KAREN R. FROSTROM, ESQ. SB# 207044
2  THORSNES BARTOLOTTA McGUIRE
   2550 Fifth Avenue, Eleventh Floor
3  San Diego, CA 92103
   Phone: (619) 236-9363    Fax: (619) 236-9653
4
5  Attorneys for Plaintiff SHAW MORTGAGE CORPORATION
   dba PATIOSOURCE & THE NATURAL TOUCH
6
7  DALE A. AMATO, ESQ. SB# 137965
   BERGER KAHN
   A Law Corporation
8  10085 Carroll Canyon Road, Suite 210
   San Diego, CA 92131-1027
9  Tel: (858) 547-0075 • Fax: (858) 547-0175

10 Attorneys for Defendants PEERLESS INSURANCE COMPANY,
   LIBERTY MUTUAL INSURANCE COMPANY and
11 GOLDEN EAGLE INSURANCE CORPORATION

12

13                    UNITED STATES DISTRICT COURT

14                   SOUTHERN DISTRICT OF CALIFORNIA

15
   SHAW MORTGAGE                    )  CASE NO.: 08 CV 0709 BTM AJB
16 CORPORATION dba                  )
   PATIOSOURCE & THE NATURAL        )  SDSC Case No. 37-2007-00084451-CU-BC-
17 TOUCH, a California Corporation  )  CTL
                                    )
18           Plaintiffs,            )  **JOINT MOTION TO DISMISS**
                                    )  **DEFENDANTS LIBERTY MUTUAL**
19                                  )  **INSURANCE COMPANY AND**
   v.                               )  **GOLDEN EAGLE INSURANCE**
20                                  )  **CORPORATION**
                                    )
21 PEERLESS INSURANCE               )
   COMPANY, a New Hampshire         )
22 Company; GOLDEN EAGLE            )
   INSURANCE CORPORATION, a         )
23 California Corporation; LIBERTY  )
   MUTUAL INSURANCE COMPANY,        )
24 a Massachusetts Company; and DOES)
   1 – 20, inclusive,               )
25                                  )
             Defendants.            )
26 _____)

27

28
                                     1

**PLEASE TAKE NOTICE** that the parties to this action, by and through their designated counsel, jointly move that defendants Golden Eagle Insurance Corporation and Liberty Mutual Insurance Company be dismissed, with prejudice, from the above-captioned action pursuant to F.R.C.P. 41(a)(1). By the filing of this Joint Motion To Dismiss, the parties intend to dismiss any and all claims against Liberty Mutual Insurance Company and Golden Eagle Insurance Corporation and request that the court execute the accompanying the Order On Joint Motion To Dismiss forthwith.

**PLEASE TAKE FURTHER NOTICE** that the content of this Joint Motion to Dismiss is acceptable to all persons required to sign this document and it has been agreed to all parties required to sign this document that his or her electronic signature can be affixed to this document.

Dated: June 6, 2008                THORSNES BARTOLOTTA McGUIRE

                                   By:   s/Karen R. Frostrom
                                         Vincent J. Bartolotta, Jr.
                                         Karen R. Frostrom
                                         Attorneys for Plaintiff SHAW
                                         MORTGAGE CORPORATION dba
                                         PATIOSOURCE & THE NATURAL
                                         TOUCH

Dated: June 6, 2008                BERGER KAHN

                                   By:   s/Dale A. Amato
                                         Attorneys for Defendants PEERLESS
                                         INSURANCE COMPANY, LIBERTY
                                         MUTUAL INSURANCE AND
                                         GOLDEN EAGLE INSURANCE
                                         CORPORATION