1  **SHAW MORTGAGE CORPORATION V. PEERLESS INSURANCE, ET AL.**
   CASE NO.: 08-CV-0709 BTM (AJB)

## CERTIFICATE OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of 18 and not party to the within action; my business address is 2550 Fifth Avenue, Suite 1100, San Diego, California 92103.

On June 11, 2008, I served the following documents described as

**JOINT MOTION TO DISMISS DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY AND GOLDEN EAGLE INSURANCE CORPORATION; PROOF OF SERVICE**

on the interested parties in this action as described below:

[ ]   **BY FAX.** I personally transmitted by fax the above-described document(s) to the fax number identified above. Accompanying this proof of service is a copy of the transmission record verifying that the fax transmission was successful.

[ ]   **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing documents and correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE**   I caused the above-referenced document(s) to be delivered by hand to the offices of the addressee.

[x]   **BY CM/ECF SERVICE.** I personally transmitted via e-mail the above-described documents to Dale A. Amato, Esq. at damato@bergerkahn.com. by filing said documents using the CM/ECF case filing service maintained by the Southern District of California.

Executed on June 11, 2008, at San Diego, California.

[x]   **(Federal)**   I declare under penalty of perjury under the law of the United States of America that the above is true and correct.

_____
PHILIP YELLMAN

444636.1