# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 through 20, **inclusive**,<br><br>Defendants. | Case No. 08-CV-0709 BTM (AJB)<br><br>**ORDER RE: MOTION TO DISMISS DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY AND GOLDEN EAGLE INSURANCE CORPORATION**<br><br>Complaint filed: December 21, 2007 |

**PLEASE TAKE NOTICE** that the Court has received and considered the parties' Joint Motion to Dismiss Defendants Golden Eagle Insurance Corporation and Liberty Mutual Insurance Company from the above-entitled action, pursuant to F.R.C.P. 41(a)(1).

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss is hereby **GRANTED** and the instant case against Golden Eagle Insurance Corporation and Liberty Mutual Insurance Company is hereby **DISMISSED**, with prejudice, pursuant to F.R.C.P. 41(a)(1).

DATED: June 17, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge

---

ORDER RE: JOINT MOTION TO DISMISS DEFENDANTS LIBERTY MUTUAL
INSURANCE COMPANY AND GOLDEN EAGLE INSURANCE CORPORATION          shaw mortgage