DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075 • Fax: (858) 547-0175

Attorneys for Defendants PEERLESS INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY and GOLDEN EAGLE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0709 BTM AJB<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND MOTION TO DROP SHAM DEFENDANT**<br><br>**DATE: 6/27/08**<br>**TIME: 11:00 a.m.**<br>**COURTROOM: 15**<br><br>Date Complaint Filed: 12/21/2007 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that based upon this court's June 17, 2008, order, dismissing Defendants Liberty Mutual Fire Insurance Company ("Liberty Mutual") and Golden Eagle Insurance Corporation ("Golden Eagle") from this action, Liberty Mutual

1

**NOTICE OF WITHDRAWAL OF MOTIONS**

1  Fire Insurance Company hereby withdraws its Motion to Dismiss Liberty Mutual from
2  this action, which is set to be heard on June 27, 2007.
3      **PLEASE TAKE FURTHER NOTICE** that Peerless Insurance Company hereby
4  withdraws its Motion to Drop Golden Eagle as a Sham Defendant, which is also set for
5  June 27, 2008.
6      **PLEASE TAKE FURTHER NOTICE** that the content Notice of Withdrawal of
7  Motion is acceptable to all persons required to sign this document and it has been agreed
8  to all parties required to sign this document that his or her electronic signature can be
9  affixed to this document.

11  DATED: June 18, 2008

                                                BERGER KAHN
                                                A Law Corporation

                                                By:   S/Dale A. Amato
                                                      DALE A. AMATO
                                                      Attorneys for PEERLESS
                                                      INSURANCE COMPANY, LIBERTY
                                                      MUTUAL FIRE INSURANCE
                                                      COMPANY and GOLDEN EAGLE
                                                      INSURANCE CORPORATION
                                                      E-mail: damato@bergerkahn.com

*(Left margin: BERGER KAHN, A Law Corporation, 10085 Carroll Canyon Road, Suite 210, San Diego, CA 92131-1027)*