1  Shaw Mortgage Corporation dba Patiosource & The Natural Touch v. Peerless Insurance
2  Company; Golden Eagle Insurance Corporation, Liberty Mutual Insurance Company
   37-2007-00084451-CU-BC-CTL

### CERTIFICATE OF PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: Berger Kahn, 10085 Carroll Canyon Road, Suite 210, San Diego, California 92131.

On June 18, 2008, I served the foregoing documents described as:

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND MOTION TO DROP SHAM DEFENDANT**

on the interested parties in this action:

[X]  **BY CM/ECF SERVICE.** I personally transmitted via e-mail the above-described document(s) to Karen R. Frostrom, Esq. at frostrom@tbmlawyers.com by filing said documents using the CM/ECF case filing service maintained by he Southern District of California.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2008, at San Diego, California.

_____
TINA LEMAY

PROOF OF SERVICE