cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION, dba PATIOSOURCE AND THE NATURAL TOUCH, a California Corporation,<br><br>Plaintiff,<br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company,<br><br>Defendants. | Civil No.08cv0709 BTM (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On July 21, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Vincent Bartolotta, Esq. on behalf of plaintiff and Dale Amato, Esq. on behalf of defendant.

The Court and counsel discussed the status of the case in light of the dismissal of Golden Eagle and Liberty Mutual Insurance Companies. It appears that a single legal issue exists which could hold the key to an early disposition. Counsel would like to proceed with cross motions for summary judgment on the issue and depending on the outcome can better judge if settlement or further litigation would be the best course.

Counsel intend to file the cross motions by September 12, 2008 and the Court sets a *November 20, 2008, 9:00 a.m.* Case Management Conference to set further dates and proceedings as appropriate.

Counsel are not required to proceed with the 26(f) conference or initial disclosures at this point. Counsel may, by mutual agreement, engage in discovery necessary to address the issues of the motions set to be filed.

Counsel are also invited to contact the Court if a pre-motion settlement conference appears to be a fruitful exercise.

IT IS SO ORDERED.

DATED: July 24, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court