VINCENT J. BARTOLOTTA, JR., ESQ.  SB# 055139
KAREN R. FROSTROM, ESQ.  SB# 207044
THORSNES BARTOLOTTA McGUIRE
2550 Fifth Avenue, Eleventh Floor
San Diego, CA 92103
Phone: (619) 236-9363    Fax: (619) 236-9653

Attorneys for Plaintiff SHAW MORTGAGE CORPORATION
dba PATIOSOURCE & THE NATURAL TOUCH

DALE A. AMATO, ESQ.  SB# 137965
BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027
Tel: (858) 547-0075 • Fax: (858) 547-0175

Attorneys for Defendants PEERLESS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW MORTGAGE CORPORATION dba PATIOSOURCE & THE NATURAL TOUCH, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Company; GOLDEN EAGLE INSURANCE CORPORATION, a California Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0709 BTM AJB<br><br>SDSC Case No. 37-2007-00084451-CU-BC-CTL<br><br>**JOINT MOTION TO EXTEND TIME IN WHICH TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

1  **PLEASE TAKE NOTICE** that the parties to this action, by and through their
2  designated counsel, agree that good cause exists for the September 12, 2008, date set for
3  the parties to file their cross-motions for summary judgment be extended to October 3,
4  2008 and jointly move that the date be so extended.

5  **PLEASE TAKE FURTHER NOTICE** that the content of this Joint Motion is
6  acceptable to all persons required to sign this document and it has been agreed to by all
7  parties required to sign this document that his or her electronic signature can be affixed to
8  this document.

Dated: September 4, 2008             THORSNES BARTOLOTTA McGUIRE

                                     By:  s/Karen R. Frostrom
                                          Vincent J. Bartolotta, Jr.
                                          Karen R. Frostrom
                                          Attorneys for Plaintiff SHAW
                                          MORTGAGE CORPORATION dba
                                          PATIOSOURCE & THE NATURAL
                                          TOUCH

Dated: September 4, 2008              BERGER KAHN

                                     By:  s/Dale A. Amato
                                          Attorneys for Defendants PEERLESS
                                          INSURANCE COMPANY

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

2
**JOINT MOTION TO EXTEND TIME IN WHICH TO FILE CROSS-MOTIONS
FOR SUMMARY JUDGMENT**