Shaw Mortgage Corporation dba Patiosource & The Natural Touch v. Peerless Insurance Company; Golden Eagle Insurance Corporation, Liberty Mutual Insurance Company
Case No. 08 CV 0709 BTM AJB
SDSC Case No. 37-2007-00084451-CU-BC-CTL

### CERTIFICATE OF PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: Berger Kahn, 10085 Carroll Canyon Road, Suite 210, San Diego, California 92131.

On September 4, 2008, I served the foregoing documents described as:

**JOINT MOTION TO EXTEND TIME I NWHICH TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT**

on the interested parties in this action:

[X] **BY CM/ECF SERVICE.** I personally transmitted via e-mail the above-described document(s) to Karen R. Frostrom, Esq. at frostrom@tbmlawyers.com by filing said documents using the CM/ECF case filing service maintained by he Southern District of California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2008, at San Diego, California.

_____
TINA LEMAY

BERGER KAHN
A Law Corporation
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131-1027

PROOF OF SERVICE